|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JASON MICHAEL JENKINS, § <br> § <br> Plaintiff, § <br> § <br> *versus* § <br> § <br> SHERIFF MITCH WOODS, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:13-CV-500 |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Jason Michael Jenkins, a pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the defendants Sheriff Mitch Woods, Chief Miller, Major Cassidy, Captain Eiselstein, Lieutenant Turner, and Law Librarians Ardoin and Vega, all of the Jefferson County Correctional Facility.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed for failure to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 16th day of October, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE